### NEW HAVEN COUNTY, FEBRUARY TERM, A. D. 1785.

PHELPS v. EDWARDS, ADMINISTRATOR ON THE CONFISCATED
ESTATE OF B. ARNOLD.

No appeal lies for a creditor whose claim is disallowed by commissioners on an insolvent estate.

APPEAL from probate.    The case was — Said estate was represented insolvent, and commissioners appointed to receive and examine the claims of the creditors; Phelps had a claim against said Arnold's estate, and exhibited it to the commissioners; the commissioners disallowed the claim, and made return to the Court of Probate; which return of said commissioners was accepted by the court.    Phelps takes an appeal from the determination of the Court of Probate in accepting said return; and assigns for reasons, that he had a just claim against said estate, which he exhibited to said commissioners, and that they disallowed it, whereas it ought to have been allowed.

The appellee plead in abatement — That by the statute in such case provided, the doings of commissioners and their disallowance of a claim, is final and conclusive against creditors, and that neither the Court of Probate, nor this court, hath right or power to examine after them, nor to set aside their doings merely because the commissioners have disallowed the claim.    To which the appellant demurred.

And judgment — That the plea was sufficient.